UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**LADARIUS D. MCGHEE,**
       **Plaintiff,**

  v.                                     Case No. 24-cv-1232

**DONALD J. TRUMP, et al.,**
       **Defendants.**

---

### ORDER

On December 16, 2024, Magistrate Judge William E. Duffin issued a decision recommending that this action be dismissed without prejudice for plaintiff's failure to diligently litigate it. ECF No. 5. The decision was served on the plaintiff that same day. Under Federal Rule of Civil Procedure 72(b)(2) and General Local Rule 72(c), plaintiff had fourteen days to file written objections to the order. That time expired on December 30, 2024, without plaintiff's having filed an objection. Moreover, I have reviewed the order de novo and find that no part of it is erroneous or contrary to law.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Duffin's Report & Recommendation (ECF No. 5) is **ADOPTED** in its entirety. This case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 31st day of December, 2024.

                                                 /s/ Lynn Adelman
                                                 LYNN ADELMAN
                                                 District Judge